ORIGINAL

WHEEL __A__




UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X
                                :
UNITED STATES OF AMERICA        :
                                :
         - v. -                 :   NOTICE OF INTENT TO
                                :   **FILE AN INFORMATION**
STUART FINKELSTEIN,             :
                                :   19 Mag. 10645
                                :
         Defendant.             :
                                :
------------------------------- X

**20 CRIM 217**

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
        January 23, 2020

**21 CRIM 217**

GEOFFREY S. BERMAN

_/s/ Rushmi Bhaskaran_
Rushmi Bhaskaran
Assistant United States Attorney
Southern District of New York
(212) 637-2439

AGREED AND CONSENTED TO:

By: _____
    Brian Griffin, Esq.
    Attorney for STUART FINKELSTEIN