

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 6, 2021

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
United States Courthouse
40 Foley Square
New York, N.Y. 10007

    Re: *United States v. Stuart Finkelstein*, 21 Cr. 217 (PGG)

Dear Judge Gardephe:

    A pretrial conference in this matter is scheduled for May 11, 2021. The Government respectfully requests, with the consent of the defense, that the Court exclude time, pursuant to 18 U.S.C. § 3161(h)(7)(A), from today until that conference. The proposed exclusion would permit the parties to negotiate a protective order to govern discovery; for the Government to begin producing discovery; and for the defendant to travel to New York City on May 11, 2021 to attend the *Curcio* hearing. The Government submits that the ends of justice served by the exclusion outweigh the best interest of the public and the defendant in a speedy trial.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

by: _____
    Rushmi Bhaskaran
    Assistant United States Attorney
    (212) 637-2439

cc: Brian Griffin, Esq. (by ECF)