UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

STUART FINKELSTEIN,

Defendant.

**ORDER**

21 Cr. 217 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Upon the application of the United States of America, by and through Assistant United States Attorney Rushmi Bhaskaran, and with the consent of Stuart Finkelstein, by and through his counsel Brian Griffin, the time from April 7, 2021 through May 11, 2021 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by the granting of this continuance outweigh the interest of the public and the Defendant in a speedy trial, because it will permit defense counsel time to negotiate a protective order with the Government and to begin his review of discovery materials, and also provide time for the Defendant to travel to New York City to attend the May 11, 2021 Curcio hearing.

Dated: New York, New York
April 7, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge