UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Stuart Finkelstein

Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY TELE CONFERENCE**

21 -CR- 217 ( ) ( )

Defendant _Stuart Finkelstein_ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___ Initial Appearance Before a Judicial Officer

_✓_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Stuart Finkelstein
Print Defendant's Name

_____
Defendant's Counsel's Signature

Brian J. Griffin
Print Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology.

4/13/21
Date

_____
Ona T. Wang
United States Magistrate Judge