

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, NY 10007*

April 15, 2021

**By ECF**
The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re: *United States v. Stuart Finkelstein*, 21 Cr. 217 (PGG)

Dear Judge Gardephe:

    In an effort to expedite the production of discovery in this case, and to safeguard certain sensitive and/or confidential materials, the parties have agreed upon a proposed Protective Order to govern discovery in this matter. A copy of the proposed Protective Order is enclosed for Your Honor's consideration.

                  Respectfully submitted,

                  AUDREY STRAUSS
                  United States Attorney

             by: /s/
                  Rushmi Bhaskaran
                  Assistant United States Attorney
                  Southern District of New York
                  (212) 637-2439

cc:    Brian Griffin, Esq. (by ECF)