# FOLEY GRIFFIN, LLP
*ATTORNEYS AT LAW*

THOMAS J. FOLEY
BRIAN J. GRIFFIN
DANIEL W. RUSSO
--------------------------------
KELLY GUTHY
CHRIS MCDONOUGH, SPECIAL COUNSEL

666 OLD COUNTRY ROAD, STE. 305
GARDEN CITY, NEW YORK 11530
(516) 741-1110
FAC. (516) 741-9171
--------------

SUFFOLK COUNTY OFFICE
33 MAIN STREET
SOUTHAMPTON, NEW YORK 11968
(631) 506-8170

May 20, 2021

**VIA ECF**
United States District Court
Southern District of New York
The Honorable Paul G. Gardephe
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: May 21, 2021

    **RE:**    **United States v. Stuart Finkelstein**
            **1:21-cr-00217-PGG**

Dear Judge Gardephe,

    As Your Honor may recall, this office represents Mr. Stuart Finkelstein in the above matter. Please allow this letter to serve as our formal request that Mr. Stuart Finkelstein be permitted to travel to Florida State Univeristy in Tallahassee, FL for the purpose of his daughter's double graduation ceremony. The dates of the trip are July 29, 2021 until August 1, 2021.

    We have spoken with Assistant United States Attorney, Rushmi Bhaskaran, who consents to this request. Should the Court require any further information, please do not hesitate to contact the undersigned directly.

                                      Very truly yours,

                                      *Brian J. Griffin, Esq.*

                                      Foley Griffin, LLP.

                                      By: <u>Brian J. Griffin, Esq.</u>

cc: United States Attorney's Office
Attn: AUSA Rushmi Bhaskaran