# FOLEY GRIFFIN, LLP
*Attorneys at Law*

THOMAS J. FOLEY
BRIAN J. GRIFFIN
DANIEL W. RUSSO
--------------------------------
KELLY GUTHY
CHRIS MCDONOUGH, SPECIAL COUNSEL

666 OLD COUNTRY ROAD, STE. 305
GARDEN CITY, NEW YORK 11530
(516) 741-1110
FAC. (516) 741-9171
--------------

SUFFOLK COUNTY OFFICE
33 MAIN STREET
SOUTHAMPTON, NEW YORK 11968
(631) 506-8170

June 25, 2021

**VIA ECF**
United States District Court
Southern District of New York
The Honorable Paul G. Gardephe
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   RE: **United States v. Stuart Finkelstein**
      **1:21-cr-00217-PGG**

Dear Judge Gardephe,

  Please allow this letter to serve as a follow up to our phone conference held on June 22, 2021 wherein the Court disqualified my representation of Mr. Stuart Finkelstein at trial.

  We have spoken with Mr. Finkelstein and forwarded him the CJA application. After conversations with family, he has decided to hire private counsel. Your Honor indicated the Court would give him 30 days for same. As such, please allow this letter to serve as our request to adjourn the phone conference scheduled for July 2, 2021 until July 27, 2021 at 10am. Furthermore, the defendant hereby waives his speedy trial rights until said date.

  Should the Court require any further information, please do not hesitate to contact the undersigned.

             Very truly yours,

             *Brian J. Griffin, Esq.*

             Foley Griffin, LLP.

             By: <u>Brian J. Griffin, Esq.</u>

cc: United States Attorney's Office
Attn: AUSA Rushmi Bhaskaran