UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

STUART FINKELSTEIN,

                Defendant.

**ORDER**

21 Cr. 217 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        At Defendant's request, the conference currently scheduled for July 2, 2021, is adjourned to **July 27, 2021 at 10:00 a.m.** The conference will take place by telephone.

        The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The Court is holding multiple telephone conferences on this date. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. Seven days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.

        Upon the application of Stuart Finkelstein, by and through his counsel Brian Griffin, and with the consent of the United States of America, by and through Assistant United States Attorney Rushmi Bhaskaran, the time from July 2, 2021 through July 27, 2021 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by the granting of this continuance outweigh the interest of the public and the

Defendant in a speedy trial, because it will permit the Defendant time to retain new defense counsel.

Dated: New York, New York
       June 30, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge