UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

STUART FINKELSTEIN,

Defendant.

**ORDER**

21 Cr. 217 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for September 17, 2021 is adjourned to

**Monday, September 20, 2021 at 10:00 a.m.**

Dated: New York, New York
September 16, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge