**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 2, 2021

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

  **Re:**  *United States v. Stuart Finkelstein*, **21 Cr. 217 (PGG)**

Dear Judge Gardephe:

  The Government writes, with consent from defense counsel, to request: (1) a 45-day adjournment of the conference scheduled for December 3, 2021; and (2) that the Court exclude time under the Speedy Trial Act until the adjourned conference. The Government submits that the exclusion is warranted to permit the defense to continue to review discovery and for the Government to complete its production of discovery. The Government further submits that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

  by: _____
      Rushmi Bhaskaran
      Assistant United States Attorney
      (212) 637-2439

cc:  David Bertan, Esq. (by ECF)