# DAVID K. BERTAN
**ATTORNEY AT LAW**
**41 EAST 11TH STREET, 11TH FLOOR**
**NEW YORK, NEW YORK 10003**

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

January 26, 2022

<u>**Via ECF**</u>

Hon. Paul G. Gardephe, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

   Re: USA v. Stuart Finkelstein
      Docket No.  21-Cr-217 (PGG)

Dear Judge Gardephe:

  I represent Mr. Finkelstein in the above matter.  Our next conference in this case is scheduled for tomorrow, January 27, 2022 at 2 PM.  I am respectfully requesting an adjournment of the conference.  While the Government has been diligent in providing the voluminous discovery, there have been some technical issues with several of the online productions, and I have only received the complete contents of those productions yesterday.  I have consulted with the Government, and they consent to my request for the adjournment.  If the Court grants the adjournment, please note that I am unavailable from February 12 through March 12, 2022.  I consent to the exclusion of time from tomorrow to the date of the next conference.

  Thank you for your consideration in this matter.

               Very truly yours,

               David K. Bertan, Esq.

cc:  AUSA Rushmi Bhaskaran (via ECF)