

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 26, 2022

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Stuart Finkelstein*, 21 Cr. 217 (PGG)

Dear Judge Gardephe:

On January 26, 2022, defense counsel requested (with the Government's consent) an adjournment of the pretrial conference scheduled for January 27, 2022.[1] (Dkt. 62). The Government writes, with consent from defense counsel, to request that the Court exclude time under the Speedy Trial Act (18 U.S.C. § 3161(h)(7)(A)) until the adjourned conference. The Government submits that the exclusion is warranted to permit the defense to continue to review discovery. The Government further submits that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Rushmi Bhaskaran
Assistant United States Attorney
(212) 637-2439

cc:   David Bertan, Esq. (by ECF)

---

[1] If the Court grants the adjournment request, the Government notes that the undersigned will be away from March 14 to March 18, 2022, but can find coverage if needed.