# DAVID K. BERTAN
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

**MEMO ENDORSED**:
The conference currently scheduled for January 27, 2022 is adjourned to **February 10, 2022 at 2:30 p.m.**  Upon application of the Government (Dkt. No. 63) and with the Defendant's consent, it is further ordered that the time between January 27, 2022 and February 10, 2022 is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A).  The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will provide defense counsel additional time to review the discovery in this case.

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge
Date: January 26, 2022

January 26, 2022

**Via ECF**

Hon. Paul G. Gardephe, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

  Re: USA v. Stuart Finkelstein
    Docket No.  21-Cr-217 (PGG)

Dear Judge Gardephe:

  I represent Mr. Finkelstein in the above matter.  Our next conference in this case is scheduled for tomorrow, January 27, 2022 at 2 PM.  I am respectfully requesting an adjournment of the conference.  While the Government has been diligent in providing the voluminous discovery, there have been some technical issues with several of the online productions, and I have only received the complete contents of those productions yesterday.  I have consulted with the Government, and they consent to my request for the adjournment.  If the Court grants the adjournment, please note that I am unavailable from February 12 through March 12, 2022.  I consent to the exclusion of time from tomorrow to the date of the next conference.

  Thank you for your consideration in this matter.

       Very truly yours,

       David K. Bertan, Esq.

cc:  AUSA Rushmi Bhaskaran (via ECF)