**DAVID K. BERTAN**
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

February 8, 2022

**Via ECF**

Hon. Paul G. Gardephe, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    USA v. Stuart Finkelstein
                Docket No.  21-Cr-217 (PGG)

Dear Judge Gardephe:

      I represent Mr. Finkelstein in the above matter.  I am writing to request a modification of Mr. Finkelstein's bail conditions.  When Mr. Finkelstein was first arrested in this matter, he was released on bail with the following conditions: a bond of $150,000, signed by Mr. Finkelstein and two financially responsible persons; pre-trial supervision as directed by Pre-Trial Services; and travel limited to the Southern and Eastern Districts of New York, the Southern District of Florida, and the State of Tennessee.  Mr. Finkelstein has been in compliance with those conditions.

      I am now seeking a modification of Mr. Finkelstein's bail conditions to allow him to travel to Jacksonville, Florida, to visit his daughter.  Pre-Trial Services in Florida and New York, and the Government,  have no objection to this modification.  Mr. Finkelstein would provide Pre-Trial Services with 3 days' notice before any planned trips to Jacksonville.

      Thank you for your consideration in this matter.

                                    Very truly yours,

                                    David K. Bertan, Esq.

cc:  AUSA Rushmi Bhaskaran (via ECF)