UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>STUART FINKELSTEIN,<br><br>Defendant. | **ORDER**<br><br>21 Cr. 217 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The telephonic conference scheduled for March 21, 2022 will now take place at **2:00 p.m.**

Dated: New York, New York
       March 18, 2022

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge