UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

STUART FINKELSTEIN,

            Defendant.

**ORDER**

21 Cr. 217 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Trial in this matter will begin on October 11, 2022, at 9:30 a.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Motions <u>in limine</u>, proposed <u>voir dire</u>, and requests to charge are due by August 1, 2022. Any responsive papers are due by August 8, 2022.

        A final pre-trial conference will take place on October 4, 2022, at 11:00 a.m. in the courtroom described above.

        The status conference scheduled for April 21, 2022, is adjourned <u>sine die</u>.

Dated: New York, New York
       April 19, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge