

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 19, 2022

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States v. Stuart Finkelstein*, 21 Cr. 217 (PGG)

Dear Judge Gardephe:

      Earlier today, the Court scheduled trial in this matter to begin on October 11, 2022. (Dkt. 70). The Government writes, with consent from defense counsel, to request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time. The Government submits that the continuance is warranted to permit the defense to prepare for trial. The Government further submits that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

by: _____
      Rushmi Bhaskaran
      Assistant United States Attorney
      (212) 637-2439

cc:    David Bertan, Esq. (by ECF)