UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

STUART FINKELSTEIN,

                 Defendant.

**ORDER**

21 Cr. 217 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       The change of plea hearing scheduled for today is adjourned <u>sine die</u>.

Dated: New York, New York
       July 5, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge