UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

STUART FINKELSTEIN,

            Defendant.

**ORDER**

21 Cr. 217 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      WHEREAS, the Court has referred to the Magistrate Judge on duty the change-of-plea proceeding (the "Proceeding") for Defendant Stuart Finkelstein, currently scheduled for July 12, 2022 at 12:00 p.m.;

      WHEREAS, Section 15002 of the Coronavirus Aid, Relief, and Economic Security Act (the "CARES Act") and certain Standing Orders issued by Chief Judge Laura T. Swain authorize the continued use of videoconferencing or teleconferencing, if video is not reasonably available, for felony pleas under Rule 11 of the Federal Rules of Criminal Procedure, see In re: Coronavirus/Covid-19 Pandemic, M10-468, Tenth Am. Standing Order, 20 Misc. 176 (June 16, 2022);

      WHEREAS, based on the Court's understanding of this District's technical capabilities, videoconferencing is not readily available;

      WHEREAS, the Defendant has consented to the use of teleconferencing for the Proceeding (see Dkt. No. 77);

      WHEREAS, the Complaint was filed on November 12, 2019 (Dkt. No. 1);

THE COURT HEREBY FINDS that because the Defendant has consented to proceeding remotely, and for the reasons set forth in the Defendant's application dated July 8, 2022 (Dkt. No. 77), the Proceeding cannot be further delayed without serious harm to the interests of justice.

Dated: New York, New York
July 11, 2022

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge