**DAVID K. BERTAN**
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

January 2, 2023

**Via ECF**

Hon. Paul G. Gardephe, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    USA v. Stuart Finkelstein
              Docket No.  21-Cr-217 (PGG)

Dear Judge Gardephe:

    I represent Mr. Finkelstein in the above matter.  Sentencing is set for January 25, 2023 at 3:00 PM.  I am respectfully requesting an adjournment of sentencing.  As I wrote previously, Mr. Finkelstein is still suffering from the effects of the car accident in October; he is scheduled to have 4 separate surgeries in the next two months and will be unable to travel.  Given his current medical condition, I am asking for a date in March for sentencing.  Please note I will be unavailable March 7-10, and again March 17-27.  The Government has no objection to my request for an adjournment.

    Thank you for your consideration in this matter.

                                                Very truly yours,

                                                David K. Bertan, Esq.

cc:  AUSA Rushmi Bhaskaran (via ECF)