

# FORT LAUDERDALE ORTHOPAEDIC SURGERY
# AND SPORTS MEDICINE

1414 SE 3 Avenue, Ft. Lauderdale, FL 33316
P: (954) 764-8033 | F: (954) 764-5522

Date: __June 7, 2023__

RE: __Finkelstein, Stuart__

To whom it may concern:

The above-named patient was seen and evaluated for:
__Left Shoulder surgery 6/1/23__

☐ The patient may return to work / school without any restrictions as of _____.

☐ The patient MAY NOT return to work / school until further evaluation. Follow-up appointment is _____.

☐ The patient may return to work / school with light-duty as of _____, with the following restrictions:

☒ Other: __patient may NOT travel for the next two months due to surgery on his shoulder__

This note is valid for three weeks unless otherwise stated. Any questions may be directed to the office. Thank you,

_[signature]_

_____       _____
Kevin B. Shrock, MD*                 Matthew E. Wells, MD*

_____       _____
Brittany Poole, PA-C                 David L. Nigen, MD*

*Diplomate American Board or Orthopaedic Surgery