UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

STUART FINKELSTEIN,

                Defendant.

**ORDER**

21 Cr. 217 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The sentencing scheduled for July 24, 2023 is adjourned to **August 3, 2023 at 3:00 p.m.**

Dated: New York, New York
       July 11, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge