**DAVID K. BERTAN**
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

August 2, 2023

<u>**Via ECF**</u>

Hon. Paul G. Gardephe, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

   Re: USA v. Stuart Finkelstein
      Docket No. 21-Cr-217 (PGG)

Dear Judge Gardephe:

 Enclosed for your review is an additional letter received yesterday from Frank Scahill, Esq., in reference to Mr. Finkelstein.

 Thank you for your consideration in this matter.

                Very truly yours,

                David K. Bertan, Esq.

cc: AUSA Rushmi Bhaskaran (via e-mail)