

July 31, 2023

Sam Amini
Jeffrey T. Baron
Richard B. Brown
Robert B. Brown
Isaac M. Dana
Jennifer Devenuti
Anthony J. DuBartell
Paul Duer
Gerard Ferrara++
Christopher Fingerhut
Eric Flores
James G. Flynn
Anthony E. Graziani
Gilbert J. Hardy
Erin E. Hennessy
Ashley A. Hughes
Timothy F.X. Jones
Tara M. Kennedy
Ciara M. Langan
Charles S. Mailloux
Annmarie C. Montano
Colin F. Morrissey
Dawn A. Munro
Kevin J. Philbin
Deborah S. Reed
Kayla M. Robinson
Lester C. Rodriques
Laurine M. Rubin*
Francis J. Scahill
Jesse M. Squier**
David J. Tetlak
Keri A. Wehrheim
Kelly E. Wright
Mark S. Zemcik

OF COUNSEL:
Brian M. Hussey
James K. O'Sullivan

ALSO ADMITTED
++New Jersey
* Colorado
** Arizona

Hon. Paul G. Gardephe
United States District Court
United States Courthouse
40 Foley Square
New York, NY 10007

Re: United States v. Stuart Finkelstein, 21 Cr. 217 (PGG)

Dear Judge Gardephe:

I am a practicing attorney in New York, having been admitted to the Bar in 1985. I have known Stuart Finkelstein since his first admission in New York in 1989. I principally interacted with Stuart Finkelstein as his adversary, as our law firm concentrates in defense litigation. I knew Stuart Finkelstein as a zealous advocate on behalf of his clients, and an effective attorney, who was respected by his peers and the Bench in New York State Court. Over the many cases where we were adversaries, I have come to learn that Mr. Finkelstein is a devoted father and husband, someone who cares deeply about his family, and an attorney who served his clients well in the Courts of the State of New York. From the many discussions I have had with Mr. Finkelstein over the years, I can attest that he is a good man who has made several poor choices, and he is now faced with incarceration for a substantial period, based on his admitted criminal conduct.

I respectfully submit that Mr. Finkelstein is neither a danger to society, nor will he be a recidivist, capable of other crimes in the future. I know from our personal conversations that he feels deep remorse over his foolish choices, and if he could rewrite history, he would be successfully practicing law in New York as he did for many years. I can tell you that I personally know that Mr. Finkelstein has helped countless individuals, through his representation, who would otherwise suffer the fate of those without experienced counsel. I can also attest to his ability to do good in the future, which could be fashioned in some way, within the terms of his probation. While I cannot defend his conduct, which led him to appear before your Honor for sentencing, I can defend him as an honorable person and someone who deserves a second chance to prove he can contribute in a meaningful way to the benefit of society. Thank you for considering a request for leniency in your sentencing.

*d* 516.294.5200   *f* 516.873.6229
1065 Stewart Avenue, Suite 210, Bethpage, NY 11714
scahillpc.com

Respectfully Submitted,

SCAHILL LAW GROUP P.C.

*[signature]*

Francis J. Scahill, Esq.

cc: dbertan@yahoo.com
David K. Bertan, ESQ.
41 East 11th Street
11th Floor
New York, NY 10003