UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA
:     CONSENT PRELIMINARY ORDER
      - v. -                           OF FORFEITURE/
:     MONEY JUDGMENT
STUART FINKELSTEIN,
:     21 Cr. 217 (PGG)
             Defendant.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about March 31, 2021, STUART FINKELSTEIN (the "Defendant"), was charged in a five-count Indictment, 21 Cr. 217 (PGG) (the "Indictment"), with mail fraud, in violation of Title 18, United States Code, Sections 1341 and 2 (Count One); aggravated identity theft, in violation of United States Code, Sections 1028A(a)(1), 1028A(b), and 2 (Count Two); obstruction of justice, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2 (Count Three); false declarations before a court, in violation of Title 18, United States Code, Section 1623(a) and 2 (Counts Four and Five);

        WHEREAS, the Indictment included a forfeiture allegation as to Count One of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, of United States Code, Section, 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged in Count One of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Indictment;

        WHEREAS, on or about July 12, 2022, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit

to the United States, pursuant to Title 18, of United States Code, Section, 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), a sum of money equal to the proceeds traceable to the commission of the offense charged in Count One of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $648,102.60 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Rushmi Bhaskaran, of counsel, and the Defendant and his counsel, David K. Bertan, Esq., that:

1. As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $643,102.60 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant STUART FINKELSTEIN, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.	All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4.	The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.	Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.	Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.	The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          7/26/23
    RUSHMI BHASKARAN                          DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-2439


STUART FINKELSTEIN

By: _____          8/3/23
    STUART FINKELSTEIN                       DATE

By: _____          8/3/23
    DAVID K. BERTAN, ESQ.                    DATE
    Attorney for Defendant
    41 East 11th Street, 11th Floor
    New York, NY 10003


SO ORDERED:

_____              August 3, 2023
HONORABLE PAUL G. GARDEPHE                   DATE
UNITED STATES DISTRICT JUDGE