May 24, 2024

Judge Paul G. Gardephe
Southern District of New York
40 Foley Square; Courtroom 705
New York, New York 10007

           Re: USA v. Stuart Finkelstein Docket No. 21-Cr-217 (PGG)

Dear Judge Gardephe,

      I hope this letter finds you well. I write in support of my recently filed motion for sentence reduction.

      As the Court is aware, on April 25, 2024, Defendant Stuart H. Finkelstein filed a motion for sentence reduction under Amendment 821 pursuant to 18 U.S.C. § 3582(c)(2) (the "Motion").

      Under S.D.N.Y. Loc. Crim. R. 49.1(b), after the moving party files and serves the papers on the opposing party, "[a]ny opposing papers shall be filed and served within fourteen (14) days after service of the motion papers." The Government's response to the Motion was due on May 9, 2024. The Government did not submit any opposition by May 9, 2024. To be sure, as of the date of this letter, May 24, 2024, the Government *still* has not filed *any* opposition to the Motion.

      Accordingly, Mr. Finkelstein respectfully requests that the Court deem the Motion fully submitted and ripe for review. The gravamen of the Motion concerns incarceration time—precious days and months that Mr. Finkelstein may or may not have to spend in BOP custody depending on Your Honor's ruling. In the interests of fairness, the Government should not be allowed to miss deadlines and hold Mr. Finkelstein's motion hostage with a nonchalant "we can just ask the Judge for a post-facto extension, no problem," mentality.

      To the extent the Government, in response to this letter, realizes its error and requests permission to file an untimely opposition, the Court should, respectfully, in the interests of fairness to Mr. Finkelstein and judicial economy, deny that request as untimely and unfair. *See e.g.*, *U.S. v. Hoffman*, 2015 WL 5604419 at *3 (E.D. Cal. Sep. 23, 2015) (noting that it would cut against the interests of fairness to a criminal defendant to countenance the Government's failure to timely oppose an important motion).

      As such, Mr. Finkelstein requests that the Court deem his motion ripe for review, and proceed accordingly. Mr. Finkelstein does not argue that the Government's failure to oppose his motion mandates that the Court grant same. Rather, only that the Court may

begin its analysis in earnest, taking the Government's non-opposition into account, without waiting and/ or hoping that the Government decides to participate appropriately. Mr. Finkelstein submits that all litigants should be treated equally and held to the rules, all the same.

      Thank you very much in advance for your attention to this matter. It is greatly appreciated.

Respectfully, I remain,

                              Very truly yours,

                              Stuart H. Finkelstein
                              */s/ Stuart H. Finkelstein*

                              Stuart H. Finkelstein
                              FCC Coleman Low Camp
                              Inmate Registration No. 25851-104
                              Coleman, Florida 33521
                              (352) 689-4000

SHF/tc
To all via Pro Se Office