UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>STUART FINKELSTEIN,<br><br>Defendant. | **ORDER**<br><br>21 Cr. 217 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the Government will file a response to Defendant Finkelstein's motion for a sentence reduction (Dkt. No. 115) by **July 8, 2024**.

Dated: New York, New York
       June 24, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge