July 5, 2024

Judge Paul G. Gardephe
Southern District of New York
40 Foley Square; Courtroom 705
New York, New York 10007

Re: USA v. Stuart Finkelstein Docket No. 21-Cr-217 (PGG)

Dear Judge Gardephe,

I hope this letter finds you well. I write in support of my already-filed motion for sentence reduction.

As the Court is aware, on April 25, 2024, Defendant Stuart H. Finkelstein filed a motion for sentence reduction under Amendment 821 pursuant to 18 U.S.C. § 3582(c)(2) (the "Motion").

On July 2, 2024, the Government submitted its response in opposition to the Motion.

Given the two month+ time that the Government had to oppose the Motion, Mr. Finkelstein respectfully requests that the Court allow him 14 (fourteen) days to submit a reply to the opposition. *See* S.D.N.Y. Loc. R. 49.1(a)(2) (proscribing time period for reply papers).

This time is needed to analyze and review the opposition, which is made more difficult at the BOP facility given its scarce resources and delay in timely retrieving relevant materials. This request is made in good faith and will not prejudice the Government, which had two+ months to oppose the Motion.

Thank you very much in advance for your attention to this matter. It is greatly appreciated.

Respectfully, I remain,

Very truly yours.

Stuart H. Finkelstein
*/s/ Stuart H. Finkelstein*
Stuart H. Finkelstein

FCC Coleman Low Camp
Inmate Registration No. 25851-104
Coleman, Florida 33521
(352) 689-4000

SHF/tc
To all via Pro Se Office

-2-